IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YUNG PING WANG, et al.,

    Plaintiffs,

vs.

CARNEIGE HILL CORP., et al.,

    Defendants.
_____/

No. 2:12-cv-0852 LKK GGH PS

<u>ORDER AND</u> <u>ORDER TO SHOW CAUSE</u>

    Plaintiffs are proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 302(c)(21). Motions to dismiss by defendants T.D. Service Company, and Federal National Mortgage Association and Mortgage Electronic Registration Systems, Inc., are presently noticed for hearing on the July 26, 2012, law and motion calendar of the undersigned. Opposition to motions, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 230(c). Court records reflect that plaintiffs failed to file oppositions or statements of non-opposition to the motions.

    Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 110; see <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995). Additionally,

1

1 "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 230(c).[1]  Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362, 1364-65 (9th Cir.1986).  The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 183.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of July 26, 2012, is vacated.  The motions are submitted on the record.

2. Plaintiffs shall show cause, in writing, no later than August 2, 2012, why this case should not be dismissed for failure timely to file oppositions or statements of non-opposition to the pending motions.

3. Plaintiffs are directed to file oppositions, if any, to the motions, or statements of non-opposition thereto, no later than August 2, 2012.  Failure to file oppositions, or to file statements of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

DATED: July 13, 2012

       /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Wang0852.osc.wpd

---

[1] Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a motion or may result in sanctions.  E.D. Cal. L. R. 230(i).